UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL BROWN,

                Plaintiff,

      -against-

CRYSTAL CAMPBELL,

                Defendant.

22-CV-0362 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

    Plaintiff, who is appearing *pro se*, brings this action, alleging that Defendant violated her rights. The Court dismisses the complaint for the following reasons.

    Plaintiff has previously submitted to this Court a substantially similar complaint against Defendant alleging the same set of facts. That case is presently pending before this Court under docket number ECF 1:21-CV-10276 (LTS). As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 1:21-CV-10276 (LTS).

## CONCLUSION

    Plaintiff's complaint is dismissed without prejudice as duplicative of Plaintiff's pending case under docket number 1:21-CV-10276 (LTS).

    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

2

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   January 19, 2022
         New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge